UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEVEN R. PREMINGER, et ano.<br>Plaintiff,<br>vs.<br>ANTHONY PRINCIPI, et al<br>Defendants | Case No.: C-04-2012 (JF HRL)<br>CMC: May 26, 2006<br>Time:  9 am<br>Court: 3, 5th Floor, San Jose<br>STIPULATION CHANGING DATE |

Plaintiffs and defendants stipulate that the Case Management Conference scheduled for May 19, 2006 may be continued to 9 A.M., May 26, 2006 to be held in conjunction with a previously scheduled motion hearing.  Chambers have confirmed that time has been reserved for this purpose.

KEVIN V. RYAN
United States Attorney

Dated: April 21, 2006

  electronic signature authorized

OWEN P. MARTIKAN
Assistant United States Attorney
Attorneys for Defendants

Dated: April 21, 2006

  electronic signature authorized
SCOTT RAFFERTY

Attorney for Plaintiffs

5/5/06 IT IS SO ORDERED.

JUDGE JEREMY FOGEL US DISTRICT COURT

C-04-2012 (JF HRL)  Stipulation Changing Date