UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEVEN R. PREMINGER, et ano. <br> Plaintiff, <br> vs. <br> ANTHONY PRINCIPI, et al <br> Defendants | Case No.: C-04-2012 (JF HRL) <br> CMC: June 14, 2006 <br> Time: 9 am <br> Court: 3, 5th Floor, San Jose <br> STIPULATION ADVANCING DATE. |

Plaintiffs and defendants stipulate that the Case Management Conference scheduled for ~~June~~ July 14, 2006 may be advanced to 9 A.M., ~~June~~ July 7, 2006.

KEVIN V. RYAN
United States Attorney

Dated: June 14, 2006

OWEN P. MARTIKAN
Assistant United States Attorney
Attorneys for Defendants

Dated: April 21, 2006

  electronic signature authorized
SCOTT RAFFERTY

Attorney for Plaintiffs

7/6/06   IT IS SO ORDERED.   JUDGE JEREMY FOGEL , UNITED STATES DISTRICT COURT

C-04-2012 (JF HRL)  CASE MANAGEMENT STATEMENT - 1 -

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEVEN R. PREMINGER, et ano.<br>　　　　Plaintiff,<br>　vs.<br>ANTHONY PRINCIPI, et al<br>　　　　Defendants | ) Case No.: C-04-2012 (JF HRL)<br>) CMC: September 20, 2004<br>) Time:  10:30am<br>) Court: 3, 5th Floor, San Jose<br>) JOINT CASE MANAGEMENT<br>) STATEMENT (DRAFTED BUT NOT<br>) FINALIZED BY DEFENDANTS). |

PROPOSED CASE MANAGEMENT ORDER

1. After consultation with Dr. Javaid Shiehk, counsel will schedule his deposition.  In the absence of undue hardship to Dr. Shiehk, his deposition will occur on of before September 24, 2004.

2. A settlement conference before a United States Magistrate Judge is scheduled for _____.

3. Defendants shall provide responsive patient-specific information to the extent it is subject to discovery for review by counsel, his assistance, and experts who are notified that this information may be used only in connection with this litigation.  Other disclosures are punishable by contempt.  Absent further leave of court, no identifiable patient information shall be filed in this Court.  All copies and compilations of this information shall be returned to defendants or destroyed at the conclusion of this litigation.

4. Dr. Rafferty will not be subject to deposition or to discovery in his individual capacity.

5. The parties shall respond to all discovery requests within seven days. Absent further order of this Court, all discovery shall be completed by _____.

6. Depositions may be tape-recorded, except to the extent that a party bears the cost of stenographic transcription.

7. Any dispositive motion shall be filed by _____.

8. A trial date is set forth _____, 2004.

DATED: _____                                    _____