UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEVEN R. PREMINGER, et ano.<br>Plaintiff,<br>vs.<br>ANTHONY PRINCIPI, et al<br>Defendants | Case No.: C-04-2012 (JF HRL)<br>CMC: January 12, 2006<br>Time: 10:30 am<br>Court: 3, 5th Floor, San Jose<br>STIPULATION. |

Plaintiffs and defendants stipulate that any conference relating to Mr. Rafferty's proposed withdrawal may be held at 10:30 A.M. January 12, 2007, with both parties expecting to appear by telephone.  Plaintiffs and defendants agree that any substantive hearing on the motion for summary judgment should not occur on January 12, 2007, while Mr. Martikan is out of the country, or on January 19, 2007, when he has a conflicting commitment.

KEVIN V. RYAN
United States Attorney

Dated: January 10, 2007

Electronic signature authorized
SARA WINSLOW
 Assistant United States Attorney
Attorneys for Defendants

Dated: January 10, 2007

  electronic signature authorized
SCOTT RAFFERTY

Attorney for Plaintiffs

The parties are directed to contact COURT CALL at 866-582-6878 in advance of the hearing to arrange for a telephonic appearance.

IT IS SO ORDERED.    1/11/07

Judge Jeremy Fogel, US District Court