NOT FOR PUBLICATION

**E-Filed 3/30/07**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEVEN R. PREMINGER, et al., | Case No. C 04-2012 JF |
| Plaintiffs, | ORDER[1] AFTER PRETRIAL CONFERENCE |
| v. | |
| ANTHONY PRINCIPI, as Secretary of Veterans Affairs, et al., | |
| Defendants. | |

The Court conducted a final pre-trial conference in the above-entitled action on March 23, 2007. The parties appeared by their counsel of record. Pursuant to the stipulations recited on the record, and good cause therefor appearing, the Court hereby ORDERS as follows:

1. Trial will commence on Monday, April 2, 2007 at 9:00am, and shall proceed on the following schedule:

| | |
|---|---|
| Monday, April 2: | 9:00am-12:00pm; 1:30pm-4:45pm |
| Tuesday, April 3: | 9:00am-12:00pm; 1:30pm-4:45pm |
| Wednesday, April 4: | 9:30am-12:00pm |

---

[1] This disposition is not appropriate for publication and may not be cited.

2. Plaintiffs' claims for damages against Defendants in their individual capacities are dismissed without prejudice. Such dismissal shall not affect the Court's determination as to the amount of attorney's fees to be awarded to Plaintiffs in the event that Plaintiffs prevail on one or more of their remaining claims for injunctive and declaratory relief.

3. The Court's factual and legal determinations will be limited to claims concerning or arising from Plaintiffs' efforts to register voters at Building 331 on the Menlo Park campus of the Palo Alto Health Care System[2];

4. While it intends to decide the instant case expeditiously, the Court will monitor closely the status of Plaintiffs' facial challenge to 38 C.F.R § 1.218(a)(14)(ii) now pending before the United States Court of Appeals for the Federal Circuit;

5. In agreeing to the foregoing, no party shall be deemed to have waived for purposes of appeal any objection to previous orders of the Court, including without limitation the Court's order dated March 7, 2007 granting in part and denying in part Defendants' motion for summary judgment and denying Plaintiffs' cross-motion for summary judgment, and the Court's order dated January 12, 2006 to the extent that such order denied Plaintiffs' request to reopen discovery.

IT IS SO ORDERED.

DATED: 3/30/07

JEREMY FOGEL
United States District Judge

---

[2] Consistent with the Court's indication at the pre-trial conference, the parties may introduce evidence as to Defendants' practices at Building 347 on the Menlo Park campus for the limited purpose of attacking or supporting the reasonableness of Defendants' policies with respect to Building 331.

ORDER AFTER SCHEDULING CONFERENCE
Case No. C-04-2012 JF

Copies of this Order were served on the following persons:

Owen Peter Martikan     owen.martikan@usdoj.gov, lily.c.ho-vuong@usdoj.gov

Scott Joseph Rafferty     rafferty@alumni.princeton.edu, rafferty@alumni.princeton.edu

James A. Scharf     james.scharf@usdoj.gov