**E-Filed 5/2/08**

NOT FOR CITATION

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| STEVEN R. PREMINGER, et al., <br><br>　　　　　　Plaintiffs, <br><br>　　v. <br><br>R. JAMES NICHOLSON, et al., <br><br>　　　　　　Defendants. | Case Number C 04-2012 JF (HRL) <br><br> ORDER RE DEFENDANTS' REQUEST FOR AMENDMENT OF FINDINGS OF FACT AND CONCLUSIONS OF LAW FILED ON APRIL 11, 2008 <br><br> [re: docket nos. 187, 194] |

　　　　Defendants have brought to the Court's attention a typographical error contained in its Findings of Fact and Conclusions of Law filed April 11, 2008. In its factual finding number 2, at page 2, line 14, the Court stated that when asked Mr. Rafferty represented that he "was" requesting access to patients for voter registration on behalf of a political party. FFCL p. 2, l. 14. In fact that Court meant to state that Mr. Rafferty represented that he "was not" requesting access on behalf of a political party. This was purely a clerical error on the part of the Court.

　　　　Pursuant to Federal Rule of Civil Procedure 60(a), this Court "may correct a clerical mistake . . . whenever one is found in a judgment, order, or other part of the record." Fed. R. Civ. P. 60(a). The Court may make such a correction on motion, or on its own, with or without notice. *Id*. However, "after an appeal has been docketed in the appellate court and while it is

1  pending, such a mistake may be corrected only with the appellate court's leave." *Id*.
2  Accordingly, this Court directs the Clerk of the Court to transmit the instant order to the Court of
3  Appeal so that the Court of Appeal may determine whether to permit the correction of the clerical
4  error.
5        IT IS SO ORDERED.

10 DATED: 5/2/08

                                                  JEREMY FOGEL
                                                  United States District Judge

This Order has been served upon the following persons:

Owen Peter Martikan     owen.martikan@usdoj.gov, lily.c.ho-vuong@usdoj.gov

Scott Joseph Rafferty    rafferty@alumni.princeton.edu, rafferty@alumni.princeton.edu Owen Peter Martikan owen.martikan@usdoj.gov, hui.chen@usdoj.gov

Scott J Rafferty rafferty@gmail.com

Scott Joseph Rafferty rafferty@alumni.princeton.edu

James A. Scharf james.scharf@usdoj.gov, mimi.lam@usdoj.gov

Santa Clara County Democratic Central Committee
c/o Scott Rafferty, attorney
2439 Alvin St
Mountain View, CA 94043