**E-Filed 6/11/08**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEVEN R. PREMINGER, et al., | Case Number C 04-2012 JF (HRL) |
| Plaintiffs, | ORDER AMENDING FINDINGS OF FACT AND CONCLUSIONS OF LAW FILED ON APRIL 11, 2008 |
| v. | |
| R. JAMES NICHOLSON, et al., | [re: docket no. 187] |
| Defendants. | |

On April 29, 2008, Defendants brought to the Court's attention a typographical error contained in its Findings of Fact and Conclusions of Law ("FFCL") filed April 11, 2008. This Court then sought and obtained leave from the Court of Appeals to correct the error as required under Federal Rule of Civil Procedure 60(a).

The Court's factual finding number 2, at page 2, lines 13-14 of the FFCL, is HEREBY AMENDED so that the sentence beginning "Mr. Rafferty responded . . ." reads as follows: "Mr.


Rafferty responded that he was not making his request on behalf of a political party."[1]

IT IS SO ORDERED.

DATED:  6/11/08

_____
JEREMY FOGEL
United States District Judge

---

[1] The Court inadvertently omitted the word "not" from the sentence, so that in the original FFCL the sentence erroneously read, "Mr. Rafferty responded that he was making his request on behalf of a political party."

2

Case No. C 04-2012 JF (HRL)
ORDER AMENDING FFCL
(JFLC2)

1  This Order has been served upon the following persons:

2

3  Owen Peter Martikan owen.martikan@usdoj.gov, hui.chen@usdoj.gov

4

5  Scott J Rafferty rafferty@gmail.com

6  Scott Joseph Rafferty rafferty@alumni.princeton.edu

7  James A. Scharf james.scharf@usdoj.gov, mimi.lam@usdoj.gov

8  Santa Clara County Democratic Central Committee
9  c/o Scott Rafferty, attorney
10 2439 Alvin St
11 Mountain View, CA 94043

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. C 04-2012 JF (HRL)
ORDER AMENDING FFCL
(JFLC2)