**E-Filed 6/20/08**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| STEVEN R. PREMINGER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> R. JAMES NICHOLSON, et al., <br><br> Defendants. | Case Number C 04-2012 JF (HRL) <br><br> ORDER[1] STAYING CONSIDERATION OF POST-JUDGMENT APPLICATIONS AND MOTIONS PENDING APPEAL <br><br> [re: docket nos. 190, 192, 201] |

The Court HEREBY STAYS consideration of all post-judgment applications and motions pending resolution of the appeal of the judgment. This order specifically applies to the pending bill of costs, amended bill of costs, and motion for attorneys' fees.

IT IS SO ORDERED.

DATED: 6/20/08

_____
JEREMY FOGEL
United States District Judge

---

[1] This disposition is not designated for publication in the official reports.

This Order has been served upon the following persons:

Owen Peter Martikan owen.martikan@usdoj.gov, hui.chen@usdoj.gov

Scott J Rafferty rafferty@gmail.com

Scott Joseph Rafferty rafferty@alumni.princeton.edu

James A. Scharf james.scharf@usdoj.gov, mimi.lam@usdoj.gov

Santa Clara County Democratic Central Committee
c/o Scott Rafferty, attorney
2439 Alvin St
Mountain View, CA 94043