**E-Filed 8/22/08**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEVEN R. PREMINGER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> R. JAMES NICHOLSON, et al., <br><br> Defendants. | Case Number C 04-2012 JF (HRL) <br><br> ORDER[1] DENYING PLAINTIFFS' EMERGENCY MOTION FOR A LIMITED INJUNCTION <br><br> [re: docket no. 217] |

Plaintiffs seek substantive, nationwide relief from a policy of Defendants that was adopted after completion of the instant litigation in this Court and while the instant matter was on appeal. The time within which Plaintiffs may petition for rehearing in the Court of Appeals has not run, and this Court has yet to receive a mandate restoring its plenary jurisdiction. In addition, it is not at all clear that Plaintiffs have standing to challenge the new policy, which unlike the policy litigated before this Court does not target partisan organizations, but rather imposes a blanket prohibition upon voter registration by all organizations. While the Court agrees with Plaintiffs that Defendants' new policy implicates important concerns, it concludes that such

---

[1] This disposition is not designated for publication in the official reports.

Case No. C 04-2012 JF (HRL)
ORDER DENYING PLAINTIFFS' EMERGENCY MOTION FOR A LIMITED INJUNCTION
(JFLC2)

1  concerns more appropriately may be addressed by a new action unencumbered by the
2  jurisdictional and procedural limitations that apply to the instant motion.
3      Accordingly, Plaintiffs' emergency motion is denied.
4      IT IS SO ORDERED.
5
6  DATED: 8/22/08

                                JEREMY FOGEL
                                United States District Judge

1  This Order has been served upon the following persons:

3  James A. Scharf james.scharf@usdoj.gov, mimi.lam@usdoj.gov

4  Owen Peter Martikan owen.martikan@usdoj.gov, hui.chen@usdoj.gov

6  Scott J Rafferty rafferty@gmail.com

7  Scott Joseph Rafferty rafferty@alumni.princeton.edu

9  Santa Clara County Democratic Central Committee
   c/o Scott Rafferty, attorney
10 2439 Alvin St
11 Mountain View, CA 94043