**E-Filed 3/17/2010**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEVEN R. PREMINGER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ERIC SHINSEKI, Secretary of Veterans Affairs, et al., <br><br> Defendants. | Case Number C 04-2012 JF (HRL) <br><br> ORDER[1] DENYING MOTION FOR LEAVE TO FILE CITATION TO *CITIZENS UNITED* |

Plaintiffs' motion for leave to file a citation to the recent case *Citizens United v. FEC*, — U.S. —, 130 S.Ct. 876 (2010), is DENIED WITHOUT PREJUDICE. Judgment has been entered in the instant case, and all post-judgment motions have been adjudicated. The case is closed. Unless and until Plaintiffs successfully seek relief from judgment, it would serve no purpose to

---

[1] This disposition is not designated for publication in the official reports.

1  permit Plaintiffs to file a citation to new authority.

2         IT IS SO ORDERED.

10 Dated:  3/17/10

   _____
   JEREMY FOGEL
   United States District Judge

27 Case No. C 04-2012 JF (HRL)
   ORDER DENYING MOTION FOR LEAVE TO FILE CITATION TO *CITIZENS UNITED*
   (JFLC2)

28                                   2