**E-Filed 4/13/2010**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEVEN R. PREMINGER, et al., | Case Number C 04-2012 JF (HRL) |
| Plaintiffs, | ORDER[1] RE PLAINTIFFS' REQUEST FOR ADMINISTRATIVE RELIEF |
| v. | |
| ERIC SHINSEKI, Secretary of Veterans Affairs, et al., | |
| Defendants. | |

On April 9, 2010, Plaintiff filed a "Motion For Declaratory And Equitable Relief Pursuant to *Freedman v. Maryland*, Or In The Alternative, Pursuant To Rule 60(b)." On April 10, 2010, Plaintiff filed motion for administrative relief, seeking to set the substantive motion for hearing on or before May 14, 2010, to appear telephonically at the hearing, and to file two

---

[1] This disposition is not designated for publication in the official reports.

Case No. C 04-2012 JF (HRL)
ORDER RE PLAINTIFFS' REQUEST FOR ADMINISTRATIVE RELIEF
(JFLC2)

1  additional exhibits.  The Court's law and motion calendar is absolutely full through mid-June,
2  and the requested hearing date of May 14 is particularly heavy.  Because of the nature of the
3  relief requested, however, the Court will accommodate Plaintiffs by setting the motion for
4  hearing on May 21, 2010, at 9:00 a.m.  Any opposition shall be filed on or before April 30, 2010.
5  Any reply shall be filed on or before May 14, 2010.
6     Counsel may appear in person or telephonically; counsel wishing to appear telephonically
7  shall contact Court Call at 866-582-6878 in advance of the hearing to arrange for the appearance.
8  Plaintiffs may file the two additional exhibits.
9     IT IS SO ORDERED.

14 Dated:  4/12/2010

_____
JEREMY FOGEL
United States District Judge

Case No. C 04-2012 JF (HRL)
ORDER RE PLAINTIFFS' REQUEST FOR ADMINISTRATIVE RELIEF
(JFLC2)

2