**E-Filed 7/22/2010**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| STEVEN R. PREMINGER, et al., | Case Number C 04-2012 JF (HRL) |
| Plaintiffs, | ORDER[1] DENYING PLAINTIFFS' MOTION TO PROCEED *IN FORMA PAUPERIS* AND/OR TO WAIVE FILING FEES |
| v. | |
| ERIC SHINSEKI, Secretary of Veterans Affairs, et al., | [re: docket nos. 268, 270] |
| Defendants. | |

Plaintiffs seek leave to proceed on appeal *in forma pauperis*. It is unclear whether this application is made on behalf of Plaintiff Steven Preminger, an individual, or on behalf of the Santa Clara County Democratic Central Committee ("SCCDCC"), an artificial entity. To the extent that Mr. Preminger seeks leave to proceed *in forma pauperis*, he has not provided information sufficient to determine whether he qualifies for such status. To the extent that the SCCDCC seeks leave to proceed *in forma pauperis*, it is not a "person" within the meaning of the governing statute, 28 U.S.C. § 1915. *See Rowland v. Cal. Men's Colony*, 506 U.S. 194, 196

---

[1] This disposition is not designated for publication in the official reports.

1993) (holding that only natural persons, and not artificial entities, qualify for treatment *in forma pauperis* under § 1915). Accordingly, the Court has no choice but to deny Plaintiffs' request to proceed on appeal *in forma pauperis*.

It appears that Plaintiffs may be requesting a determination that they would be permitted to proceed *in forma pauperis* if they should file a new lawsuit. Aside from the issues noted above, it would be inappropriate for the Court to grant or deny *in forma pauperis* status with respect to a lawsuit that has not yet been filed.

Plaintiffs correctly note that the Court indicated that it would entertain their applications to proceed *in forma pauperis*. However, as noted above, Plaintiffs have failed to demonstrate that they are entitled to relief under § 1915. Plaintiffs have not cited, and the Court has not discovered, an alternative legal basis for waiving filing fees or any other fees in this action.

Finally, it appears that Plaintiffs are requesting leave to file an appeal in this case. All orders in this case are final; Plaintiffs thus do not need to seek leave to file an appeal.

Accordingly, Plaintiffs' motion to proceed *in forma pauperis* and/or to waive filing fees is DENIED.

DATED: 7/22/2010

_____
JEREMY FOGEL
United States District Judge